```
RALPH CINGCON, #80921
5250 Claremont Ave. #221
Stockton, California 95207
Telephone: (209) 462-5600


Attorney for Defendant
MARIO GONZALEZ GONZALEZ
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>   vs.<br>MARIO GONZALEZ GONZALEZ,<br>        Defendant | Case No. 2:07-cr-00422-MCE<br><br>REQUEST FOR ORDER AND ORDER EXONERATING BOND<br><br>Judge: Hon. Morrison C. England |

On or about September 6, 2007, a receipt for a Deed of Trust in the amount of $200,000.00 was filed with the San Joaquin County Recorder's Office in case: U.S. v. Mario Gonzalez Gonzalez, Cr-422-MCE.

On May 15, 2008, Mr. Mario Gonzalez Gonzalez appeared before Judge England for sentencing and was sentenced to the Bureau of Prisons for 37 months.  The defendant was remanded after sentencing.

It is hereby requested that the $200,000.00 bond be exonerated in the above-captioned case and that the Clerk of the District Court be directed to reconvey the property to Manuel Gonzalez and Bertha Gonzalez, 2428 South B Street, Stockton, California 95206.

///

///

- 1 -

Dated: June 22, 2008                                    Respectfully submitted,


                                                        /s/ Ralph Cingcon
                                                        RALPH CINGCON
                                                        Attorney for Defendant
                                                        MARIO GONZALEZ GONZALEZ


**O R D E R**

IT IS HEREBY ORDERED that the bail bond in the amount of $200,000.00 secured by Mr. Manuel Gonzalez and Bertha Gonzalez is hereby exonerated.

DATED:  6/25/2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE